441 A.2d 794

Commonwealth v. Brown, Appellant.

Submitted April 20, 1981. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Michael H. Ranck, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

Order affirmed.

441 A.2d 795

Commonwealth v. Corbin, Appellant.

Submitted May 1, 1981. John Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and HOFFMAN, JJ.

Order affirmed.